FILED
2026 MAY 14 PM 1:35
CLERK
U.S. DISTRICT COURT

MELISSA HOLYOAK, First Assistant United States Attorney (#9832)
JOSEPH HOOD, Assistant United States Attorney (#13536)
Attorneys for the United States of America
Office of the United States Attorney
20 N. Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4279
Email: joseph.hood@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | INFORMATION |
| Plaintiff, | : | 4:26-cr-00040 AMA |
| | | VIO. 8 U.S.C. § 1326 |
| vs. | : | |
| | | (REENTRY OF A PREVIOUSLY |
| DANIEL ESPINOZA-OSORNIA, | : | REMOVED ALIEN) |
| Defendant. | : | |

The United States Attorney charges:

COUNT 1

On or about May 2, 2026, in the District of Utah,

DANIEL ESPINOZA-OSORNIA,

the defendant herein, an alien who on or about September 5, 2019, was excluded,

removed, and deported from the United States, did knowingly reenter and was found in

the United States in the District of Utah, having not obtained the consent of the Secretary

of the United States Department of Homeland Security to reapply for admission into the

United States; all in violation of Title 8, United States Code, Section 1326.

DATED this 14th day of May, 2026.


MELISSA HOLYOAK
First Assistant United States Attorney



JOSEPH HOOD
Assistant United States Attorney